IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 26 AM 8:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| HAE SOOK LEE, ANGIE HEE JUNG LEE, INAE LEE, OK YON CHI, MOO K. YUN; and LYDIA SON <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> HEUNG-SHIK MIN, HYUNG JOON MIN; and HOME OF CHEERS CORP AKA HOUSE OF CHEERS CORP <br><br> Defendants/Counter-Plaintiffs. | Civil No. 03-2582 <br><br> McCalla/Pham |

## JPM [Proposed] Consent Order of Mutual Dismissal With Prejudice

It appears to the Court from the consent of the parties as indicated by the signatures of counsel below that by way of a Settlement Agreement the parties have reached a compromise of all of the claims and counterclaims filed in this action.

IT IS THEREFORE ORDERED that the claims of Plaintiffs against Defendants are hereby dismissed with prejudice and the counterclaims of Defendants against Plaintiffs are hereby dismissed with prejudice. Each side is to bear its own costs.

IT IS SO ORDERED THIS 25 day of July, 2005.

Judge Jon Phipps McCalla
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05



APPROVED AND CONSENTED BY:

*/s/ Johnny Rasberry (with permission by Paul Morris)*
Johnny Q. Rasberry, Jr. (#19160)
LAW OFFICE OF JOHNNY RASBERRY
100 North Main Street, Suite 2909
Memphis, TN 38103

Counsel for Plaintiffs: Hae Sook Lee, Angie Hee Jung Lee, Inae Lee, Ok Yon Chi, Moo K. Yun, and Lydia Son

*/s/ Paul H. Morris*
Paul H. Morris (#20219)
MARTIN, TATE, MORROW & MARSTON, P.C.
International Place, Tower II
6410 Poplar Avenue, Suite 1000
Memphis, Tennessee 38119-4843
(901) 522-9000

Anthony J. Iacullo
Gabrielle N. Wright
IACULLO, MARTINO & MARZELLA
247 Franklin Avenue
P.O. Box 110129
Nutley, New Jersey 07110-0047
(973) 235-1550

Counsel for Defendants: Heung-Shik Min, Hyung Joon Min, and Home of Cheers, Corp. a/k/a/ House of Cheers, Corp.

T:\MorrisP\Min\Pleadings\Consent Order of Dismissal.DOC

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CV-02582 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Gabrielle N. Wright
IACULLO MARTINO & MARZELLA
247 Franklin Avenue
Nutley, NJ 07110

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Anthony J. Iacullo
IACULLO MARTINO & MARZELLA
247 Franklin Avenue
Nutley, NJ 07110

Honorable Jon McCalla
US DISTRICT COURT