FILED BY ___ D.C.

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUL 26 AM 8:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

HAE SOOK LEE, ANGIE HEE
JUNG LEE, INAE LEE,
OK YON CHI, MOO K. YUN,
and LYDIA SON

**JUDGMENT IN A CIVIL CASE**

VS

HEUNG-SHIK MIN, HYUNG JOON
MIN, and HOME OF CHEERS CORP.
a/k/a HOUSE OF CHEERS CORP.

**CASE NO: 03-2582 Ml/P**

All claims and counterclaims having been compromised and settled between the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Consent Order of Mutual Dismissal With Prejudice filed July 25, 2005, this case is DISMISSED with prejudice with each party to bear its own costs.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

7/26/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

(43)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:03-CV-02582 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Gabrielle N. Wright
IACULLO MARTINO & MARZELLA
247 Franklin Avenue
Nutley, NJ 07110

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Anthony J. Iacullo
IACULLO MARTINO & MARZELLA
247 Franklin Avenue
Nutley, NJ 07110

Honorable Jon McCalla
US DISTRICT COURT